IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JONATHAN K. SANTIAGO, | ) | CIVIL 16-00583-DKW-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII; COUNTY OF HAWAII-HAWAII POLICE DEPARTMENT; JOHN DOES 1-100; JANE DOES 1-100; DOE GOVERNMENTAL AGENCIES 1-10; BRYSON MIYOSE, and KIMO VEINCENT, in their official capacities and individual person, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on October 29, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS

AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART

DEFENDANT KILO VINCENT'S LOCAL RULE 54.3 MOTION FOR

RELATED NONTAXABLE COSTS, ECF no. 232, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: November 16, 2018 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

<u>Jonathan K. Santiago v. State of Hawaii, et al</u>.; Civil No. 16-00583 DKW-KSC; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**